JANUARY 16, 2008


OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANSICO, CA  94102


| | | |
|---|---|---|
| MR. KENNETH JEROME PACKNETT<br>C-94858  1-N-37-L<br>CSP-SAN QUENTIN<br>SAN QUENTIN, CA  94974 | VIA | (510)  652-4162<br>CLEMMIE LISTER<br>APARTMENT D<br>5900 MACCAL STREET<br>OAKLAND, CA  94609 |

RE:     **PAYMENT OF FIVE ($5.00) DOLLAR FILING FEE;   FOR A PETITION**
        **OF WRIT OF HABEAS CORPUS:     MAILED SEPARATELY FROM S.Q.**

1).     On January 21, 2008, I will submit for mailing and subsequent filing a petition for "Writ Of Habeas Corpus."  This petititon is to be mailed in an **"Express Mail Envelope, Tracking #EB 813022179 US:"**

2).      On or about january 19, 2008, a Money Order in the amount of **($5.00)** will be mailed to the Office of the Clerk, to pay for the filing of the above-referenced petition.

        In the event you have any questions, please contact Clemmie Lister, (510)  652-4162.

        Thank you in advance for you attention in the above referenced matter.



RESPECTFULLY SUBMITTED,

*Kenneth Jerome Packnett*
KENNETH JEROME PACKNETT
C-94858   1-N-37-L
SAN QUENTIN STATE PRISON

orig:    Northern District Court
  cc:    Clemmie Lister

file

encl.

1.

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611015156
Cashier ID: nudot
Transaction Date: 01/29/2008
Payer Name: Ms. Clemmie Lister
------------------------------------
WRIT OF HABEAS CORPUS
 For: Kenneth Jerome Packnett
 Case/Party: D-CAN-5-08-CV-000632-001
 Amount:        $5.00
------------------------------------
MONEY ORDER
 Check/Money Order Num: 11956363953
 Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.



Ms. Chemmie Lister
5906 MacCall St. #D
Oakland, CA 94609

OAKLAND CA 946
28 JAN 2008 PM 8 T

Office of The Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
16th Floor 161111
San Francisco, California 94102
94102-3661