1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


KENNETH PACKNETT,                    )        No. C 08-0632 JF (PR)
                                     )
                    Petitioner,      )        ORDER OF TRANSFER
    vs.                              )
                                     )
                                     )
ROBERT AYERS, Warden,                )
                                     )
                    Respondent.      )
_____)


     Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas

corpus pursuant to 28 U.S.C. § 2254, challenging his 1991 criminal conviction in the Los

Angeles Superior Court.  Petitioner has paid the filing fee.

     Venue for a habeas action is proper in either the district of confinement or the

district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction

are preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v.

Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249

(9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

1         Accordingly, this case is TRANSFERRED to the United States District Court for

2    the Central District of California, the district where Petitioner's conviction occurred.  <u>See</u>

3    28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall transfer the

4    entire file to the Central District of California.

5         IT IS SO ORDERED.

6    DATED:  2/26/08 _____                    _____

7                                                 JEREMY FOGEL
                                                  United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    A copy of this order was mailed to the following:

2

3    Kenneth Packnett
     C-94858/ 1-N-37-L
4    San Quentin State Prison
     San Quentin, CA  94974
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28