UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

FILED

www.cand.uscourts.gov

2008 MAR 21 P 3: 22

Richard W. Wieking
Clerk

RICHARD W. WIEKING      General Court Number
CLERK                    408.535.5364
U.S. DISTRICT COURT
NO. DIST OF CA. S.J

March 6, 2008

United States District Court
Central District of California
G-8 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012

RE: CV 08-00632 JF   KENNETH J. PACKNETT-v-ROBERT AYERS

Dear Clerk,

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

☒   Certified copy of docket entries.

☒   Certified copy of Transferral Order.

☐   Original case file documents.

☒   Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Gordana Macic
Case Systems Administrator

Enclosures
Copies to counsel of record

MAR 13 2008

NATALIE LONGORIA

CV08-01704 MMM (VBK)